

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Elizabeth Quiroz, as Next Friend of Joseph Cardona a/k/a Joseph Quiroz, | § | No. 08-14-00073-CV |
| | | Appeal from the |
| Appellant, | § | |
| | | 205th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| Jorge Fabio Llamas-Soforo, M.D., | § | |
| Individually, Jorge Fabio Llamas-Soforo, | | (TC# 200-2694) |
| M.D.. P.A.. d/b/a El Paso Eve Care Center. | § | |
| Luis Alberto Ayo, M.D., Pediatrix Medical | | |
| Group of Texas, P.A., Pediatrix Medical | § | |
| Group, Inc., Roy John Caviglia, M.D., et | | |
| al., | § | |
| | | |
| Appellees. | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **September 12, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James E. Girards, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before September 12, 2014.

IT IS SO ORDERED this 13th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.